| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  One Fat Frog, Incorporated

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  42-1668173

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1801 Boice Pond Road, Bldg 100, Ste 101<br>Orlando, FL 32837 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.onefatfrog.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **One Fat Frog, Incorporated**                                    Case number (*if known*)
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **3559**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor __One Fat Frog, Incorporated_____   Case number (*if known*)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **One Fat Frog, Incorporated**					Case number (*if known*)
      Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **One Fat Frog, Incorporated**  Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2024**
　　　　　　　MM / DD / YYYY

**X /s/ Connie Baugher**　　　　　　　　　　　　**Connie Baugher**
Signature of authorized representative of debtor　　Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Jeffrey S. Ainsworth**　　　　　　　　　　Date  **May 24, 2024**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone  **407 894 6834**　　Email address  **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **One Fat Frog, Incorporated**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Biz Fund LLC** **315 Avenue U** **Brooklyn, NY 11223** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | $293,678.00 |
| **Boss Cargo Trailer** **289 Mallard Point Drive** **Douglas, GA 31535** | | **vendor** | | | | $14,535.00 |
| **Century Metals & Supplies** **1251 NW 165th Street** **Miami, FL 33169** | | **vendor** | | | | $230,533.00 |
| **City Electric Supplies Co.** **6929 S Orange Avenue** **Orlando, FL 32809** | | **vendor** | | | | $13,989.00 |
| **Eccotemp** **315A Industrial Road** **Summerville, SC 29483** | | **vendor** | | | | $13,735.09 |
| **EN OD Capital** **1202 Avenue U Suite** **Brooklyn, NY 11229** | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | $312,500.00 |
| **Express Trailer** **5570 Ulmerton Rd** **Clearwater, FL 33760** | | **vendor** | | | | $101,983.74 |
| **Fire Pros Commercial Service** **3504 Century Blvd #1** **Lakeland, FL 33811** | | **vendor** | | | | $26,545.27 |

Debtor **One Fat Frog, Incorporated**                                         Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fox Capital Group, LLC**<br>803 S. 21st Street Avenue<br>Hollywood, FL 33020 | | **Merchant Cash Advance** | **Contingent Unliquidated Disputed** | | | $282,100.00 |
| **Frank Connell**<br>226 N Nova Road #333<br>Ormond Beach, FL 32174 | | **Expenses paid** | **Unliquidated Disputed** | | | $400,000.00 |
| **Gexpro/Rexel**<br>PO Box 840638<br>Dallas, TX 75284 | | **vendor** | | | | $54,323.28 |
| **IPFS Corporation**<br>1055 Broadway Blvd 11th Flr<br>Kansas City, MO 64105 | | **judgment** | | | | $29,840.68 |
| **Merit Fasteners Corp**<br>2510 Ronald Reagan Blvd<br>Longwood, FL 32750-3599 | | **vendor** | | | | $36,465.40 |
| **Newtek**<br>39 West 37th Street, 3rd flr<br>New York, NY 10018 | | **IM-1014 Mechanical Shear; HB 121-18 Tennsmith Hand Bending Brake; Mimeki cjv300-130 Printer/Cutter, 4" Electric, Pipe Thre - Northern Tool Equipm, El** | **Contingent** | $2,000,000.00 | $418,135.00 | $1,581,865.00 |
| **North American Kitchen Solutions**<br>172 Reaser Court<br>Elyria, OH 44035 | | | **Unliquidated Disputed** | | | $1,560,000.00 |
| **Raynor Group**<br>PO Box 1438<br>Fitzgerald, GA 31750 | | **vendor** | | | | $22,419.00 |
| **Tredit Tire & Wheel**<br>1719 County Line Road<br>Plant City, FL 33566 | | **vendor** | | | | $16,250.00 |
| **Tyco Fire Products LP**<br>1400 Pennbrook Pkwy<br>Lansdale, PA 19446 | | **vendor** | | | | $21,055.00 |

Debtor **One Fat Frog, Incorporated**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Valpro**<br>**203G Kesley Avenue**<br>**Tampa, FL 33619** | | **vendor** | | | | **$49,323.00** |
| **Weiland Metal Services**<br>**18700 Ridgeland Ave #2001**<br>**Tinley Park, IL 60477** | | **vendor** | | | | **$29,805.47** |

One Fat Frog, Incorporated
1801 Boice Pond Road, Bldg 100, Ste 101
Orlando, FL 32837

Century Metals & Supplies
1251 NW 165th Street
Miami, FL 33169

Eleet Technologies
PO Box 621995
Oviedo, FL 32762


Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Chase Auto Finance

EN OD Capital
1202 Avenue U
Suite
Brooklyn, NY 11229


Ace Hardware -South Orange
9689 S Orange Blossom Trail
Orlando, FL 32837

Cintas
PO Box 630921
Cincinnati, OH 45263

Esco Electrical Suppies
1126 Kent Street
Elkhart, IN 46514-1740


Allpoints Foodservce Parts
2663 Tradeport Dr. Ste 800
Orlando, FL 32824

City Electric Supplies Co.
6929 S Orange Avenue
Orlando, FL 32809

Express Trailer
5570 Ulmerton Rd
Clearwater, FL 33760


Amazon
Synchrony Bank
PO BOx 960013
Orlando, FL 32896-0013

Coastal Waste & Recyling
PO Box 25756
Miami, FL 33102

Federal Express
2200 Forward Drive
Harrison, AR 72602-0840


Auto Owners Insurance
PO Box 740312
Cincinnati, OH 45274

Connie Baugher
1801 Boice Pond Rd. Ste 101
Orlando, FL 32837

Ferguson
10355 S. Orange Ave Ste B
Orlando, FL 32824-7717


Bescutter
14915 E Hampton Cr
Houston, TX 77071

Dometic
Dept CH 19497
Palatine, IL 60055-9497

Fire Pros Commercial Service
3504 Century Blvd #1
Lakeland, FL 33811


Biz Fund LLC
315 Avenue U
Brooklyn, NY 11223

Eccotemp
315A Industrial Road
Summerville, SC 29483

Ford Motor Credit
PO Box 105697
Atlanta, GA 30348-5697


Boss Cargo Trailer
289 Mallard Point Drive
Douglas, GA 31535

Electroicool Inc.
5703 Red Bug Lake Rd Ste 322
Winter Springs, FL 32708-4969

Fox Capital Group, LLC
803 S. 21st Street Avenue
Hollywood, FL 33020

Frank Connell
226 N Nova Road #333
Ormond Beach, FL 32174

Krayden
1491 W 124th Avenue
Denver, CO 80234

Polar Hardware Mfg Co. Inc.
1813 W Montroe Avenue
Chicago, IL 60613

Gemaire Distributors
PO Box 406698
Atlanta, GA 30384

Lasco Fittings Inc.
701 Matthews-Mint Hill Rd
Matthews, NC 28105

Polymer Shapes
7841 Presidents Drive
Orlando, FL 32809

Gexpro/Rexel
PO Box 840638
Dallas, TX 75284

Lexjet
Main St Ste 400
Sarasota, FL 34236

Prologis
7523 Currency Drive
Orlando, FL 32809

Global Industrial
2502 Mill Center Parkway
#100
Buford, GA 30518

Mac Papers & Packaging
7601 Kingspointe Pkwy
Orlando, FL 32819

Raynor Group
PO Box 1438
Fitzgerald, GA 31750

ICBM
PO Box 578
Titusville, FL 32781

Merit Fasteners Corp
2510 Ronald Reagan Blvd
Longwood, FL 32750-3599

Rhino Tire USA LLC
11423 Satellite Blvd
Orlando, FL 32837

Intertek
PO Box 419241
Boston, MA 02241

Newtek
39 West 37th Street, 3rd flr
New York, NY 10018

Smash My Trash
14514 Velleux Drive
Orlando, FL 32837

IPFS Corporation
1055 Broadway Blvd 11th Flr
Kansas City, MO 64105

North American Kitchen
Solutions
172 Reaser Court
Elyria, OH 44035

Southeastern State Toyota
116 S 78th Str
Tampa, FL 33619

JMC Food Equipment
6 Prospect St
Kingston, MA 02364

Piedmond Plastics
PO Box 931291
Atlanta, GA 31193-1291

Spectrum
1900 Blue Crest Lane
San Antonio, TX 78247

King Restaurant Equipment
2416 Sand Lake Road
Orlando, FL 32809

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-1887

Stewart Stainless Supply Inc
2721 N. 36th Street
Tampa, FL 33605

T.R. Arnold & Associates
4703 Chester Drive
Elkhart, IN 46516

US Bank

Tempaco
7551 Currency Drive
Orlando, FL 32809

Valpro
203G Kesley Avenue
Tampa, FL 33619

TForce Freight
PO Box 650690
Dallas, TX 75265

Weiland Metal Services
18700 Ridgeland Ave #2001
Tinley Park, IL 60477

Thompson Gas
898 W Landstreet Rd
Orlando, FL 32824

William Lindeman, Esq
PO Box 3506
Orlando, FL 32802

Total Food Service
PO Box 2507
Greenwich, CT 06836

Tredit Tire & Wheel
1719 County Line Road
Plant City, FL 33566

Tyco Fire Products LP
1400 Pennbrook Pkwy
Lansdale, PA 19446

Unity Funding

UPS
PO Box 7247-0244
Philadelphia, PA 19170