UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                                 Case No. 6:24-bk-02620-LVV
                                                                             Chapter 11, Subchapter V
One Fat Frog, Incorporated,

    Debtor.
_____/

**SHERATON SAND KEY RESORT'S REQUEST TO ATTEND HEARING SCHEDULED FOR JULY 2, 2024 AT 3:30 P.M. VIA VIDEO-CONFERENCE**
(Doc. No. 50)

SAND KEY ASSOCIATES, d/b/a SHERATON SAND KEY RESORT ("Sheraton"), creditor in this Case, by and through its undersigned counsel, hereby seeks permission to attend the hearing on the U.S. Trustee's Motion: (i) to Remove Debtor as Debtor-in-possession, or (ii) if Debtor is not Eligible to Proceed under Subchapter V, to Convert Case to Chapter 11 and Appoint a Chapter 11 Trustee or Examiner, or (iii) in the Alternative, to Convert Case to Chapter 7 (Doc. No. 50) ("Motion"), scheduled for July 2, 2024 at 3:30 p.m. ("Hearing"), as respectfully states as follows:

    1.    Sheraton is one of the Debtor's many customers with its food truck at the Debtor's facility.  It is listed in the Debtor's schedules as a party to an executory contract.  However, Sheron has paid $62,000 deposit to the Debtor and has yet to receive its truck back with the agreed modifications and additions.

    2.    It recently learned of the bankruptcy filing and only yesterday retained the undesigned counsel.

    3.    Given the recent involvement, Sheraton has no substantive arguments regarding the Motion and merely seeks to observe the proceedings.

**WHEREFORE**, Sheraton seeks an Order permitting its counsel to observe the Hearing.

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim (FBN 158313)
400 North Ashley Drive, Suite 3100
Tampa, FL  33602
Telephone:	813-225-2500
Facsimile:	813-223-7118
Email:  AngelinaL@jpfirm.com
Attorneys for Creditor Sheraton Sand Key Resort

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on the CM/ECF participants on this 28th day of June, 2024.

/s/ Angelina E. Lim
Angelina E. Lim

(9877723.1)